**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

        **v.**         **Criminal No. 06-50007-001**

**FRANCISCO DESANTIAGO**                                           **DEFENDANT**

### <u>O R D E R</u>

Now on this 5th day of July, 2006, comes on for consideration the **Motion To Withdraw As Counsel** (document #11) of attorney Hugh Jarratt, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

The Court hereby appoints attorney Ken Osborne to represent defendant, and directs that attorney Jarratt furnish all file materials necessary to the further representation of defendant to attorney Osborne.

The Clerk of Court is directed to furnish a copy of this Order to attorney Osborne.

**IT IS SO ORDERED**.

                                                           /s/Jimm Larry Hendren
                                                       **JIMM LARRY HENDREN**
                                                       **UNITED STATES DISTRICT JUDGE**